# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| ROSS M., PATRICIA T., and A.M., <br><br> Plaintiffs, <br><br> v. <br><br> CIGNA HEALTH AND LIFE INSURANCE COMPANY, <br><br> Defendant. | ORDER GRANTING STIPULATED MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE <br><br> Case No. 2:20-cv-00922-HCN-JCB <br><br> District Judge Howard C. Neilson, Jr. <br><br> Magistrate Judge Jared C. Bennett |

Before the court is the parties' stipulated motion to extend the dispositive motion deadline.[1] For the reasons set forth in the motion, and for good cause shown, the court GRANTS the motion. Accordingly, IT IS HEREBY ORDERED:

1. The deadline for filing dispositive motions is extended to December 14, 2021.

2. The deadline for filing a request for a scheduling conference with the District Judge for the purpose of setting a trial date if no dispositive motions are filed is extended to December 21, 2021.

3. If dispositive motions are filed, and the District Judge's ruling on those motions does not resolve the case, the parties shall file a request for a scheduling conference with the District Judge for the purpose of setting a trial date no later than one week after the ruling on the dispositive motions.

---

[1] ECF No. 18.

IT IS SO ORDERED.

DATED November 8, 2021.

BY THE COURT:

JARED C. BENNETT
United States Magistrate Judge