Brian S. King, #4610
Brent J. Newton, #6950
Samuel M. Hall, #16066
**BRIAN S. KING, P.C.**
420 E South Temple, Ste 420
Salt Lake City, UT 84111
Telephone: (801) 532-1739
Facsimile: (801) 532-1936
brian@briansking.com
brent@briansking.com
samuel@briansking.com

Attorneys for Plaintiffs

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ROSS M., PATRICIA T., and A.M.<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>CIGNA HEALTH and LIFE INSURANCE COMPANY<br><br>　　　　Defendant. | NOTICE OF SETTLEMENT<br><br>Case No. 2:20-cv-00922 – HCN – JCB |

　　　Plaintiffs, through their undersigned counsel, hereby notify the Court that they have reached a confidential settlement agreement with the defendant. Plaintiffs anticipate filing a motion to dismiss within sixty (60) days of the date of this notice.

　　　Dated this 15th day of December, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Brian S. King
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that that a true and correct copy of the foregoing document has been sent to all parties registered to receive court notices via the Court's CM/ECF system.

Dated this 15th day of December, 2021.

/s/ Brian S. King